The People of the State of New York, Respondent, v. Charles Celnick,

Appellant.— Judgment by a city magistrate, sitting as a Court of Special Sessions, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.